IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:15-cv-00085-MA |
| Plaintiff, | ORDER |
| v. | |
| $63,784.11 in UNITED STATES CURRENCY, *in rem*, | |
| Defendant. | |

**MARSH, Judge.**

Plaintiff's motion to lift stay and for voluntary dismissal (ECF No. 12) is GRANTED. This proceeding is DISMISSED, without prejudice.

IT IS SO ORDERED.

DATED this  3  day of September, 2015.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

1 - ORDER